■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAHSHON JACKSON, Appellant, v VICTOR T. HERBERT, as Superintendent of Attica Correctional Facility, Respondent. [796 NYS2d 275]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 31, 2003 in a habeas corpus proceeding. The order denied petitioner's ex parte motion for leave to renew.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5701 [a] [2]; *Village of Savona v Soles*, 84 AD2d 683, 684 [1981]). Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.